Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(scott.musoff@skadden.com)
(212) 735-3000

*Attorneys for Defendant New Oriental
Education & Technology Group Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY CHAN, individually and on behalf of all others similarly situated, | Civil Action No. 2:16-cv-09279-KSH-CLW |
| Plaintiff, | |
| vs. | |
| NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC., MICHAEL MINHONG YU, CHENGGANG ZHOU, and ZHIHUI YANG, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott D. Musoff, a member of Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters his appearance as counsel of record for Defendant New Oriental Education & Technology Group Inc. in the above-captioned matter.

Dated: February 27, 2017

/s/ Scott D. Musoff
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(scott.musoff@skadden.com)
(212) 735-3000

*Attorneys for Defendant New Oriental Education & Technology Group Inc.*

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the Notice of Appearance was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System on this date. The Notice of Electronic Filing constitutes service on all parties under Rule 14(b)(1) of this Court's Electronic Case Filing Policies and Procedures listed in L. Civ. R. 5.2.

Dated: February 27, 2017

/s/ Scott D. Musoff
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP