**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Co-Lead Counsel for Lead Plaintiffs

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY CHAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC., MICHAEL MINHONG YU, CHENGGANG ZHOU, and ZHIHUI YANG,<br><br>Defendants. | Case No. 2:16-cv-09279-KSH-CLW |

### STIPULATION SETTING SCHEDULE FOR: (1) FILING AN AMENDED COMPLAINT; AND (2) BRIEFING ON MOTION TO DISMISS

WHEREAS, on December 15, 2016, Plaintiff Amy Chan, individually and on behalf of all others similarly situated, filed the above-captioned action against

Defendants New Oriental Education & Technology Group Inc. ("New Oriental"), Michael Minhong Yu, Chenggang Zhou, and Zhihui Yang;

WHEREAS, this action is subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, which requires the appointment of Lead Plaintiff and Lead Counsel;

WHEREAS, on March 30, 2017, Amy Chan, Steven Wade, and Shunfeng Cheng ("Plaintiffs") were appointed as Lead Plaintiffs, and The Rosen Law Firm, P.A. and Pomerantz LLP were appointed as Co-Lead Counsel in this Action;

WHEREAS, Plaintiffs intend to file an amended Complaint;

WHEREAS, counsel for Plaintiffs and counsel for Defendant New Oriental, have met and conferred and they agree that it would be more efficient to: (i) extend the time for New Oriental to answer or otherwise respond to the Complaint in this action until after the Plaintiffs file an amended Complaint; and (ii) establish a briefing schedule for New Oriental's anticipated motion to dismiss the amended Complaint.

NOW THEREFORE, Plaintiffs and New Oriental, through their respective counsel listed below, agree and stipulate as follows:

1. New Oriental need not answer, move, or otherwise respond to any Complaint in this action until the date set below following the Plaintiffs' filing of an amended Complaint.

2. Plaintiffs shall file their amended Complaint on or before May 30, 2017.

3. Upon the filing of an amended Complaint, New Oriental shall have sixty (60) days to answer, move, or otherwise respond to the amended Complaint; Plaintiffs shall have sixty (60) days to file opposition(s) to any motion(s) to dismiss filed by New Oriental; and New Oriental shall have thirty (30) days to file replies to Plaintiffs' opposition(s).

4. This Stipulation is entered into without prejudice to any party seeking any interim relief.

IT IS SO STIPULATED.

DATED:  May 3, 2017                    **THE ROSEN LAW FIRM, P.A.**

By:  /s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

-and-

**POMERANTZ LLP**

Jeremy A. Lieberman (not admitted)
Tamar A. Weinrib (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: taweinrib@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs Amy Chan, Steven Wade, and Shunfeng Cheng, and the putative Class*

DATED: May 3, 2017          **SKADDEN ARPS SLATE MEAGHER & FLOM LLP**

By:   /s/ Scott D. Musoff
Scott D. Musoff
4 Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (917) 777- 7852
Email: scott.musoff@skadden.com

*Attorneys for Defendant New Oriental Education & Technology Group Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 3, 2017.

Dated: May 3, 2017                                             <u>/s/ Laurence Rosen</u>