**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMY CHAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiff,<br><br>vs.<br><br>NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC., MICHAEL MINHONG YU, CHENGGANG ZHOU, and ZHIHUI YANG,<br><br>　　Defendants. | Case No. 2:16-cv-09279-KSH-CLW |

**[PROPOSED] ORDER GRANTING STIPULATION SETTING SCHEDULE FOR: (1) FILING OF AMENDED COMPLAINT; AND (2) BRIEFING ON MOTION TO DISMISS**

Having reviewed the Stipulation Setting Schedule For: (1) Filing an Amended Complaint; and (2) Briefing on Motion to Dismiss, and good cause appearing, the Court hereby enters the following schedule:

1. New Oriental need not answer, move, or otherwise respond to any Complaint in this action until the date set below following the Plaintiffs' filing of an amended Complaint.

2. Plaintiffs shall file their amended Complaint on or before May 30, 2017.

3. Upon the filing of an amended Complaint, New Oriental shall have sixty (60) days to answer, move, or otherwise respond to the amended Complaint; Plaintiffs shall have sixty (60) days to file opposition(s) to any motion(s) to dismiss filed by New Oriental; and New Oriental shall have thirty (30) days to file replies to Plaintiffs' opposition(s).

DATED: _____, 2017    _____
THE HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE