# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY CHAN, STEVEN WADE, and SHUNFENG CHENG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC., and CHENGGANG ZHOU,<br><br>Defendants. | No.: 2:16-cv-09279-KSH-CLW<br><br>CLASS ACTION<br><br>MOTION DATE: July 6, 2020 |

## NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that, on July 6, 2020, Lead Plaintiffs Amy Chan, Steven Wade, Shunfeng Cheng and Elburn Irish ("Plaintiffs") will move this Court, before the Honorable Katherine S. Hayden, United States District Judge, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, or by telephonic or video conference, for an Order: (a) preliminarily approving the Settlement; (b) preliminarily approving the proposed settlement class ("Settlement Class"); (c) approving the form, manner, and content of the notice of the settlement to the Settlement Class; (d) preliminarily approving the

plan to allocate the settlement proceeds ("Plan of Allocation"); and (e) setting relevant dates for disseminating notice, for Settlement Class Members to file claims, opt out of, or object to the Settlement, and to set a date for a hearing on final approval of the Settlement.

Defendants do not oppose this motion.

Dated: June 3, 2020                                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/Laurence M. Rosen*
Laurence M. Rosen, Esq.
Jonathan Horne
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com
           jhorne@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Tamar Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
           taweinrib@pomlaw.com

*Co-Lead Counsel to Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of June 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                      /s/ Laurence M. Rosen